BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIBERTY INTERNATIONAL UNDERWRITERS,
as subrogee of NRG ENERGY, INC.

                              Plaintiff,                        **Rule 7.1 Statement**

   -against-

GE PACKAGED POWER, INC. and
MALARK LOGISTICS, INC.

                              Defendants.

-----------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, **LIBERTY INTERNATIONAL UNDERWRITERS, as subrogee of NRG ENERGY, INC.**, A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

SEE ATTACHED

DATE:  June 18, 2008

                                                SIGNATURE OF ATTORNEY
                                                LISA A. SCOGNAMILLO (7706)

FORM SDNY-9

## CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 00060 | Liberty Mutual Insurance Cos | MA | |
| 02283 | Liberty Mutual Insurance Co | CO | 100.00 |
| 11325 | Colorado Casualty Ins Co | MI | 100.00 |
| 03028 | Liberty Personal Insurance Co | IA | 100.00 |
| 10764 | First Liberty Ins Corp | CA | 100.00 |
| 12076 | Golden Eagle Insurance Corp | CA | 100.00 |
| 12077 | San Diego Insurance Company | IL | 100.00 |
| 11798 | Liberty Ins Co of America | Canada | 100.00 |
| | Liberty Insurance Company of Canada | MA | 100.00 |
| | Liberty Massachusetts Trust | Venezuela | 99.00 |
| | C.A. Venezolana Seguros Caracas | Brazil | 98.00 |
| | Companhia Paulista de Seguros | Bermuda | 100.00 |
| | Lexco Limited | Argentina | 100.00 |
| | Liberty ART, S.A. | Mexico | 99.27 |
| | Liberty Mexico Seguros, S.A. | Bermuda | 40.00 |
| | Liberty Mutual (Bermuda) Limited | United Kingdom | 100.00 |
| | Liberty Mutual Ins. Co. (UK) Ltd. | United Kingdom | 100.00 |
| | Liberty Re Limited | Bermuda | 100.00 |
| | Liberty Re (Bermuda) Ltd. | Colombia | 100.00 |
| | Liberty Seguros S.A. | MA | 100.00 |
| | Liberty Mutual Equity Corporation | RI | 100.00 |
| 06615 | Keyport Life Insurance Co | RI | 100.00 |
| 06547 | Independence Life & Annuity Co | NY | 100.00 |
| 09575 | Keyport Benefit Life Ins Co | DE | 100.00 |
| | Liberty Mutual Prop-Cas Holding Corp. | VT | 100.00 |
| 01812 | Liberty Insurance Corporation | MA | 100.00 |
| 06627 | Liberty Life Assur of Boston | OR | 100.00 |
| 01814 | Liberty Northwest Ins Corp | NH | 100.00 |
| 12078 | Liberty Surplus Ins Corp | IA | 100.00 |
| 10765 | LM Insurance Corporation | FL | 100.00 |
| | Summit Holdings Southeast Inc. | FL | 100.00 |
| 12158 | Bridgefield Employers Ins Co | FL | 100.00 |
| 11812 | Bridgefield Casualty Ins Co | Cayman Islands | 100.00 |
| | U.S. Employers Insurance Company, Inc. | WI | 100.00 |
| | Wausau Service Corporation | WI | 100.00 |
| 02550 | Wausau Business Insurance Co | IL | 100.00 |
| 04274 | Wausau General Insurance Co | United Kingdom | 100.00 |
| 85093 | Wausau Insurance Co (UK) Ltd | WI | 100.00 |
| 00956 | Wausau Underwriters Ins Co | DE | 100.00 |
| | Liberty Insurance Holdings, Inc. | NY | 100.00 |
| 02088 | Atlas Assurance Co of Amer | NY | 100.00 |
| 02087 | Liberty Insurance Underwriters | IL | 100.00 |
| 04090 | American Ambassador Cas Co | OH | 100.00 |
| 02202 | Globe American Casualty Co | OH | 100.00 |
| 02323 | Midwestern Indemnity Co | OH | 100.00 |
| 02322 | Mid-American Fire & Cas Co | WI | 100.00 |
| 00900 | Tower Insurance Company, Inc | IN | 100.00 |
| | National Corporation | IN | |
| 03672 | National Insurance Association | AL | 100.00 |
| 02892 | Alabama First Insurance Co | FL | 100.00 |
| 02186 | America First Insurance Co | NH | 100.00 |
| 00349 | Excelsior Insurance Company | IN | 100.00 |
| 02254 | Indiana Insurance Company | IN | 100.00 |
| 02253 | Consolidated Insurance Co | NH | 100.00 |
| 02393 | Netherlands Insurance Co | NH | 100.00 |
| 02394 | Peerless Insurance Company | WI | |
| 02159 | Employers Insurance of Wausau | MA | |
| 02282 | Liberty Mutual Fire Ins Co | PA | |
| 00588 | Merchants & Business Men's Mut | MD | |
| 00662 | Montgomery Mutual Ins Co | MD | 100.00 |
| | Harewood Corporation | MD | 100.00 |
| 10649 | Montgomery Indemnity Company | | |