Form 19 - SECRETARY OF STATE - 306

BADIAK & WILL, LLP
ATTN:

| | | |
|---|---|---|
| U.S.SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

---

LIBERTY INTERNATIONAL UNDERWRITERS  plaintiff
AS SUBROGEE OF NRG REALTY, INC.
            - against -

GE PACKAGED POWER, INC., ETANO    defendant

Index No. **08 CV 5797**

Date Filed  ............

Office No. **08-J-002-LSS**

Court Date:   /  /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
   **1st**  of **August, 2008** at  **10:45 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**
UPON: **GE PACKAGED POWER, INC.**
the **DEFENDANT** in this action, by delivering to and leaving with
   **DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

   Deponent further describes the person actually served as follows:

   SEX: **FEMALE**      COLOR: **WHITE**       HAIR: **BLONDE**
   APP. AGE: **35**      APP. HT: **5:5**        APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
6th  DAY OF  August, 2008sr

BRETT GOLUB
Notary Public, State of New York
    No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

..........................
STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM140831